[No. 62861-5-I. Division One. November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. A.M.R., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-8-00304-1, Steven J. Mura, J., entered December 23, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 62946-8-I. Division One. November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH REDMOND III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02255-9, Gregory P. Canova, J., entered February 2, 2009. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 63010-5-I. Division One. November 9, 2009.]

*In the Matter of the Personal Restraint of* GARY SMITH, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 63127-6-I. Division One. November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07644-5, Kimberley Prochnau, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.